HONORABLE RONALD LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOSE DUTRA, a minor, by and through his Guardian, COMMENCEMENT BAY GUARDIANSHIP SERVICES; and MISTY M. DUTRA, individually and as natural mother of JOSE DUTRA, a minor,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>UNITED STATES OF AMERICA; UNKNOWN JOHN DOES; and UNKNOWN JOHN DOE CLINICS,<br><br>　　　　　　Defendants. | No.  C04-5025 RBL<br><br>JUDGMENT |

Based upon the Findings of Fact and Conclusions of Law entered by the Court on October 6th, 2005 and pursuant to Fed. R. Civ. P. 54, the Court hereby enters the following Judgment:

**<u>Judgment Summary</u>**

1.　　Judgment Creditors:　　Jose Dutra, a minor, by and through his Guardian, Commencement Bay Guardianship Services, and Misty M. Dutra

JUDGMENT - 1

Case No. C04-5025 RBL

LAW OFFICE
JAMES L. HOLMAN
2107 N. 30TH STREET
P.O. BOX 1338
TACOMA, WASHINGTON 98401-1338
(253) 627-1866 FAX (253) 627-1924

2. Judgment Debtor:     United States of America

3. Economic Damages
   Awarded to Jose Dutra:     $ 4,428,589

4. Non-Economic Damages
   awarded to Jose Dutra:     $ 1,000,000.00

5. Total Damages awarded
   to Jose Dutra:     $ 5,428,589.00

6. Costs awarded to Jose
   Dutra:     $ 1,081.25

7. Non-Economic Damages
   Awarded to Misty Dutra     $ 200,000.00

8. Costs awarded to
   Misty Dutra     $   - 0 -

9. Post Judgment Interest
   Rate:     3.4%

10. Attorneys for Judgment Creditors:     James L. Holman, WSBA# 06799, on behalf of Jose Dutra

John C. Galbraith, WSBA # 11307 on behalf of Misty Dutra

DATED this 7th day of October, 2005

                                                          s/Jean Boring
By:  Jean Boring, Deputy Clerk
BRUCE RIFKIN
UNITED STATES DISTRICT COURT CLERKp

JUDGMENT - 2

Case No. C04-5025 RBL

LAW OFFICE
JAMES L. HOLMAN
2107 N. 30TH STREET
P.O. BOX 1338
TACOMA, WASHINGTON 98401-1338
(253) 627-1866 FAX (253) 627-1924