HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MISTY DUTRA, et al.,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. C04-5025RBL

ORDER PERMITTING DISBURSAL WITHOUT PREJUDICE

    This matter is before the Court on its own Motion. The Plaintiffs, through counsel, have received a payment from the Defendant. Issues remain as to the Plaintiffs' entitlement to post judgment interest and, if applicable, the amount of that interest.

    The Court hereby ORDERS that Plaintiffs may disburse the funds they have already received without prejudice to any future adjudication of the post judgment interest issue.

    IT IS SO ORDERED.

    DATED this 12th day of June, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1