Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE DUTRA, a minor, by and through his Guardian, COMMENCEMENT BAY GUARDIANSHIP SERVICES; and MISTY M. DUTRA, individually and as natural mother of JOSE DUTRA, a minor,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA; FRANCISCAN HEALTH SYSTEM-WEST, a corporation d/b/a ST. JOSEPH HOSPITAL; UNKNOWN JOHN DOES; and UNKNOWN JOHN DOE CLINICS,<br><br>        Defendants. | NO.  C04-5025RBL<br><br>STIPULATED DISMISSAL |

In accordance with Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties, through their undersigned attorneys of record, that this action may be dismissed with prejudice and without costs.

DATED this __14th__ day of August, 2007.

s/James L. Holman, Esq.
James L. Holman, WSBA # 06799
Plaintiffs' Attorney

s/ Philip H. Lynch
PHILIP H. LYNCH, WSBA# 91005
Assistant United States Attorney

(C04-5025RBL)
STIPULATED DISMISSAL AND
ORDER OF DISMISSAL - 1

Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOSE DUTRA, a minor, by and through his Guardian, COMMENCEMENT BAY GUARDIANSHIP SERVICES; and MISTY M. DUTRA, individually and as natural mother of JOSE DUTRA, a minor,

    Plaintiffs,

v.

UNITED STATES OF AMERICA; FRANCISCAN HEALTH SYSTEM-WEST, a corporation d/b/a ST. JOSEPH HOSPITAL; UNKNOWN JOHN DOES; and UNKNOWN JOHN DOE CLINICS,

    Defendants.

NO. C04-5025RBL

ORDER OF DISMISSAL

Plaintiffs and Defendants having so stipulated,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice and without costs.

DATED this _____ day of August, 2007.

_____
ROBERT B. LEIGHTON
United States District Judge

Presented by:

s/Philip H. Lynch
PHILIP H. LYNCH, WSBA # 91005
Assistant U.S. Attorney

s/ James L. Holman, Esq
James L. Holman, WSBA # 06799
Attorney for Plaintiffs
(C04-5025RBL)
STIPULATED DISMISSAL AND
ORDER OF DISMISSAL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3810